| | |
|---|---|
| 1 | Plaintiff's Counsel: |
|   | Jayne Conroy |
| 2 | Hanly Conroy Bierstein Sheridan |
|   |   Fisher & Hayes LLP |
| 3 | 112 Madison Avenue |
|   | New York New York  10016-7416 |
| 4 | (212) 784-6400 |
|   | (212) 284-6420 (fax) |
| 5 | |
|   | -and- |
| 6 | |
|   | SimmonsCooper LLC |
| 7 | 707 Berkshire Blvd. |
|   | East Alton, IL  62024 |
| 8 | (618) 259-2222 |
|   | (212) 259-2251 (Fax) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB |
| | MDL NO. 1699 |
| This Document Relates To: | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Nelda R. and Don Smith, vs. Pfizer, Inc.,*. *MDL No. 06-6937:* Plaintiff Nelda R. Smith and Don Smith | |

Come now the Plaintiffs, Nelda R. Smith and Don Smith, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Nelda R. Smith and Don Smith's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009

By: /s/ Jayne Conroy
Jayne Conroy
**HANLY CONROY BIERSTEIN**
  **SHERIDAN FISHER & HAYES LLP**
112 Madison Avenue
New York, New York 10016-7416
(212) 784-6400
(212) 784-6420 (Fax)
Email: jconroy@hanlyconroy.com

-and-

**SIMMONSCOOPER LLC**
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(618) 259-2251 (Fax)

*Counsel for Plaintiff.*

Dated: _____March 11\_\_\_, 2009

By: /s/ Michelle W. Sadowsky
Michelle W. Sadowsky
**DLA PIPER US LLP**
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (Fax)

*Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____March 30\_\_\_, 2009

By: /s/
United States District Court

- 2 -                STIPULATION OF DISMISSAL WITH PREJUDICE